# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced November 7, 2019

## <u>THE STAY IN THE FOLLOWING MULTIDISTRICT LITIGATION CASE IS LIFTED</u>:

19-0489      IN RE KMCO LITIGATION

KMCO, LLC's Motion to Transfer was granted and a pretrial judge was appointed on October 9, 2019. The request for stay, granted on June 12, 2019, is lifted.